IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

SANDY GONZALEZ DOMINGUEZ, )
)
    Plaintiff, )
) Case No. 13-CV-379-JHP-PJC
v. ) Honorable James H. Payne
)
WEBCO INDUSTRIES, INC., an )
Oklahoma Corporation )

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

The Plaintiff seeks dismissal without prejudice of this action and alleges and state as follows:

1. That pursuant to Fed. R. Civ. P. 41(2), plaintiff requests dismissal without prejudice of this matter.

2. That Defendant does not object to this motion.

Respectfully submitted,

S/Brendan McHugh

Brendan M. McHugh
Attorney for Plaintiff, OBA 18422
P.O. Box 1392
Claremore, OK 74018
Fax 918-283-4331
Phone 918-343-1773

**CERTIFICATE OF ECF DELIVERY**

This is to certify that on this 14[TH th] day of January 2014 I transmitted, via the Court's ECF delivery system a copy to:

Sean Killian,
Attorney for Defendant
Via ECF email address

S/Brendan M. McHugh

1

1

Case 4:13-cv-00379-JHP-PJC   Document 17 Filed in USDC ND/OK on 01/15/14   Page 2 of 2

1